■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

ONLEE COOMBS, Appellant.—Judgment unanimously affirmed. Memorandum: Viewed in the light most favorable to the People, the evidence of defendant's accessorial conduct is legally sufficient to support her conviction *(see,* Penal Law § 20.00; *People v Ford,* 66 NY2d 428). Her knowing participation in the criminal activity provided a reasonable basis from which the jury could infer that she acted with the requisite mental culpability *(see, People v McClary,* 138 AD2d 413; *cf., People v Letizia,* 122 AD2d 555, *lv denied* 68 NY2d 814). We also find that the testimony of the accomplices is sufficiently corroborated by the testimony of nonaccomplice witnesses and by defendant's written confession, which was received in evidence *(see,* CPL 60.22; *People v Moses,* 63 NY2d 299). Finally, both the *Sandoval* ruling and the court's instructions to the jury were proper. (Appeal from judgment of Ontario County Court, Reed, J.—burglary, second degree; grand larceny, fourth degree.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.